UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>          Defendant. | CIVIL ACTION No.:<br><br>05 10569 NG |

## DECLARATION OF JONATHAN WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

I, Jonathan Whitehead, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.  I am Vice President and Counsel for Online Copyright Protection for the Recording Industry Association of America, Inc. ("RIAA"), where I have been employed for over 6 years. My office is located at 1330 Connecticut Avenue, N.W., Washington, DC 20036. I submit this declaration in support of Plaintiffs' Motion for Leave to Take Immediate Discovery.

2.    This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

## The RIAA's Role in Protecting Its Member Recording Industry Companies From Copyright Infringement

3.    The RIAA is a not-for-profit trade association whose member record companies create, manufacture, and/or distribute approximately ninety percent of all legitimate sound recordings produced and sold in the United States. The RIAA's member record companies comprise the most vibrant national music industry in the world. A critical part of the RIAA's mission is to assist its member companies in protecting their intellectual property in the United States and in fighting against online and other forms of piracy. All of the Plaintiffs in this action are members of the RIAA.

4.    The RIAA investigates the unauthorized reproduction and distribution of copyrighted sound recordings online. As Vice President and Counsel for Online Copyright Protection, I am responsible for formulating and implementing online strategies for the RIAA, including investigations into the online infringement of copyrighted sound recordings of all kinds.

## The Internet and Music Piracy

5.    The Internet is a vast collection of interconnected computers and computer networks that communicate with each other. It allows hundreds of millions of people around the world to communicate freely and easily and to exchange ideas and information, including academic research, literary works, financial data, music, movies, graphics, and an unending and

ever-changing array of other data. Unfortunately, the Internet also has afforded opportunities for

the wide-scale piracy of copyrighted sound recordings and musical compositions. Once a sound

recording has been transformed into an unsecured digital format, it can be copied further and

distributed an unlimited number of times over the Internet, without significant degradation in

sound quality.

      6.     Much of the unlawful distribution of copyrighted sound recordings over

the Internet occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media

distribution systems. The most notorious example of such a P2P system was Napster, which was

enjoined by a federal court. In addition, there are many other P2P networks, including KaZaA,

eDonkey, iMesh, Grokster, and Gnutella, that continue to operate and to facilitate widespread

copyright piracy. The major recording companies are currently engaged in litigation against

KaZaA and Grokster. At any given moment, millions of people illegally use online media

distribution systems to upload or download copyrighted material.

      7.     P2P networks, at least in their most popular form, refer to computer

systems or processes that enable Internet users to: (1) make files (including audio recordings)

stored on a computer available for copying by other users; (2) search for files stored on other

users' computers; and (3) transfer exact copies of files from one computer to another via the

Internet. P2P networks enable users who otherwise would have no connection with, or

knowledge of, each other to offer to each other for distribution and copying files off of their PCs,

to provide a sophisticated search mechanism by which users can locate these files for

downloading, and to provide a means of effecting downloads.

8.    The major record companies generally have not authorized their copyrighted sound recordings to be copied or distributed in unsecured formats by means of P2P networks. Thus, the vast majority of the content that is copied and distributed on P2P networks is unauthorized by the copyright owner – that is, the distribution violates the copyright laws.

9.    The scope of online piracy of copyrighted works cannot be underestimated. Retail sales – the principal revenue source for most record companies – declined 7% in 2000, 10% in 2001, and 11% in 2002. The RIAA member companies lose significant revenues on an annual basis due to the millions of unauthorized downloads and uploads of well-known recordings that are made available on the Internet by infringers who, in virtually all cases, have the ability to maintain their anonymity to all but the Internet Service Provider ("ISP") they use to supply them with access to the Internet.

10.    In contrast to the terrible harm to copyright owners, ISPs likely benefit from P2P networks. Those who would unlawfully upload and download copyrighted music often use large amounts of bandwidth (because music files are so large). The infringers thus tend to subscribe to services, such as DSL and cable modems, that are far more expensive than ordinary telephone services. One publication recently estimated that 50-70 percent of the bandwidth of cable broadband network was being used for P2P file copying. See Alan Brezneck, "Service Control Vendors vie for MSO Business," *Cable Datacom News* (March 1, 2003).

11.    The persons who commit infringements by using the P2P networks are, by and large, anonymous to Plaintiffs. A person who logs on to a P2P network is free to use any alias (or computer name) whatsoever, without revealing his or her true identity to other users.

Thus, Plaintiffs can observe the infringement occurring on the Internet, but do not know the true names or mailing addresses of those individuals who are committing the infringement.

### The RIAA's Identification of Copyright Infringers

12.     In order to assist its members in combating copyright piracy, the RIAA conducts searches of the Internet, as well as file-copying services, for infringing copies of sound recordings whose copyrights are owned by RIAA members. A search can be as simple as logging onto a P2P network and examining what files are being offered by others logged onto the network. These searches generally result in the identification of specific Internet Protocol ("IP") addresses from which infringers are making unauthorized copies of sound recordings available to the public. An IP address is a unique identifier that, along with the date and time, specifically identifies a particular computer or server using the Internet. An IP address also allows the RIAA to use publicly available databases to ascertain, in general terms, the ISP that provides the infringer with access to the Internet.

13.     The RIAA engages in a painstaking process to determine whether a person is infringing. That process relies on human review of evidence supporting the allegation of infringement. For each suspected infringer, the RIAA reviews a listing of the music files that the user has offered for upload by others from his or her computer in order to determine whether they appear to be copyrighted sound recordings. The RIAA also downloads copyrighted sound recordings from these users, and listens to them in order to confirm that they are, indeed, illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also downloads and stores other evidence, such as metadata accompanying each file being disseminated that demonstrates that the user is engaged in copyright infringement.

14.     The RIAA frequently has used the subpoena processes of Federal Rule of Civil Procedure 45 and the Digital Millennium Copyright Act ("DMCA") to obtain the names of infringers from ISPs. (Individuals only can gain access to the Internet after setting up an account with, or subscribing to, an ISP.) The RIAA typically has included in their subpoenas to ISPs an IP address and a date and time on which the RIAA observed use of the IP address in connection with allegedly infringing activity. In some instances, providing the IP address alone to the ISP has been enough to enable the ISP to identify the infringer. Providing the date and time further assists some ISPs in identifying infringers, especially ISPs that use "dynamic IP addressing" such that a single computer may be assigned different IP addresses at different times, including, for example, each time it logs into the Internet.[4] Once provided with the IP address, plus the date and time of the infringing activity, the infringer's ISP quickly and easily can identify the computer from which the infringement occurred (and the name and address of the subscriber that controls that computer), sometimes within a matter of minutes.

15.     Since 1998, the RIAA and others have used subpoenas thousands of times to learn the names, addresses, telephone numbers, and e-mail addresses of infringers for the purpose of bringing legal actions against those infringers. During a recent litigation with Verizon (an ISP) relating to the DMCA subpoena process, Verizon conceded that, as an alternative to the DMCA process, Plaintiffs could file "John Doe" lawsuits and issue Rule 45 subpoenas to ISPs to obtain the true identities of infringing subscribers.

---

[4] ISPs own or are assigned certain blocks or ranges of IP addresses. An ISP assigns a particular IP address in its block or range to a subscriber when that subscriber goes "online."

### The RIAA's Identification of the Infringers in This Case

16.    In the ordinary course of investigating online copyright infringement, the RIAA became aware that the Defendant was offering files for download on a P2P network. The user-defined author and title of the files offered for download by the Defendant suggested that many were copyrighted sound recordings being disseminated without the authorization of the copyright owners. The RIAA downloaded and listened to a representative sample of the music files being offered for download by the Defendant and was able to confirm that the files he or she was offering for distribution were illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also recorded the time and date at which the infringing activity was observed and the IP address assigned to the Defendant at the time. See Complaint Exhibit A. The RIAA could not, however, determine the physical location of the user or his or her identity. The RIAA could determine that the Defendant was using Suffolk University's service to distribute and make available for distribution the copyrighted files.

17.    The RIAA also has collected for the Defendant a list of the files he or she has made available for distribution to the public. Exhibit 1 to this Declaration is this list. This list shows more than a hundred files, many of which are sound recording (MP3) files that are owned by, or exclusively licensed to, Plaintiffs.

### The Importance of Expedited Discovery in This Case

18.    Obtaining the identity of copyright infringers on an expedited basis is critical to stopping the piracy of RIAA members' copyrighted works.

19.    First, every day that copyrighted material is disseminated without the authorization of the copyright owner, the copyright owner is economically harmed. Prompt

7

identification of infringers is necessary in order for copyright owners to take quick action to stop unlawful dissemination of their works and minimize their economic losses.

20.    Second, infringement often occurs with respect to sound recordings that have not yet been distributed publicly. Such infringement inflicts great harm on the initial market for new works. New recordings generally earn a significant portion of their revenue when they are first released, and copyright piracy during a recording's pre-release or early release period therefore deprives copyright owners of an important opportunity to reap the benefits of their labor.

21.    Third, without expedited discovery Plaintiffs have no way of serving Defendant with the complaint and summons in this case. Plaintiffs do not have the Defendant's name or address, nor do they have an e-mail address for Defendant.

22.    Fourth, and perhaps most critically, service providers have different policies pertaining to the length of time they preserve "logs" which identify their users. ISPs keep log files of their user activities for only limited periods of time – which can range from as short as a few days, to a few months – before erasing the data they contain. If an ISP does not respond expeditiously to a discovery request, the identification information in the ISP's logs may be erased, making it impossible for the ISP to determine the identity of the infringer and eliminating the copyright owner's ability to take action to stop the infringement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March _18_, 2005 in _Washington, DC_.

Jonathan Whitehead

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| deb_levison@fileshare | Bruce Springsteen - Streets Of Philadelphia.mp3 | Bruce Springsteen | 3,042KB | Audio |
| deb_levison@fileshare | Smashing Pumpkins - Tonight Tonight.mp3 | Smashing Pumpkins | 2,994KB | Audio |
| deb_levison@fileshare | Phoenix - Too Young.mp3 | Phoenix | 3,118KB | Audio |
| deb_levison@fileshare | Ivete Sangalo - Se Eu Não Te Amasse Tanto Assim.mp3 | Ivete Sangalo | 3,913KB | Audio |
| deb_levison@fileshare | Three Doors Down - Be Like That.mp3 | 3 Doors Down | 4,153KB | Audio |
| deb_levison@fileshare | Lifehouse - Breathing.mp3 | Lifehouse | 4,343KB | Audio |
| deb_levison@fileshare | Lifehouse - Hanging By A Moment.mp3 | Lifehouse | 3,392KB | Audio |
| deb_levison@fileshare | Marisa Monte - Beija Eu.mp3 | Marisa Monte | 3,080KB | Audio |
| deb_levison@fileshare | Float On.mp3 | Modest Mouse | 3,288KB | Audio |
| 2 Users | Michelle Branch - Breathe.mp3 | Michelle Branch | 3,313KB | Audio |
| deb_levison@fileshare | Djavan - Eu te devoro.mp3 | Djavan | 3,431KB | Audio |
| deb_levison@fileshare | Lindsay Lohan - drama queen.wma | Lindsay Lohan | 1,751KB | Audio |
| deb_levison@fileshare | Melissa Etheridge - Breathe (1).mp3 | Melissa Ethridge | 4,592KB | Audio |
| deb_levison@fileshare | Jimi Hendrix - Purple Haze.mp3 | Jimi Hendrix | 2,682KB | Audio |
| deb_levison@fileshare | Jimi Hendrix - Voodoo Child.mp3 | Jimi Hendrix | 4,885KB | Audio |
| deb_levison@fileshare | U2 - With or Without You.mp3 | U2 | 4,625KB | Audio |
| deb_levison@fileshare | Bent Match Box 20.mp3 | Matchbox Twenty | 3,778KB | Audio |
| deb_levison@fileshare | Jewel - Hands.mp3 | Jewel | 3,665KB | Audio |
| deb_levison@fileshare | Jet - Are You Gonna Be My Girl(1) (1).MP3 | Jet | 3,598KB | Audio |
| deb_levison@fileshare | Chris Isaak - Wicked Game.mp3 | Chris Isaak | 3,868KB | Audio |
| deb_levison@fileshare | Prodigy - Breathe.mp3 | Prodigy | 5,219KB | Audio |
| deb_levison@fileshare | Não olhe pra trás.mp3 | Capital Inicial | 5,123KB | Audio |
| deb_levison@fileshare | Counting Crows - Accidentally In Love.wma | Counting Crows | 2,848KB | Audio |
| deb_levison@fileshare | 09 - Running.mp3 | No Doubt | 3,777KB | Audio |
| deb_levison@fileshare | Goo Goo Dolls - Long Way Down.mp3 | Goo Goo Dolls | 3,255KB | Audio |
| deb_levison@fileshare | Bruce Springsteen - Secret Garden.mp3 | Bruce Springsteen | 4,186KB | Audio |
| deb_levison@fileshare | Frejat - O tempo não pára.mp3 | Cazuza | 4,367KB | Audio |
| deb_levison@fileshare | No Doubt - Its My Life.mp3 | Nelly | 8,867KB | Audio |
| deb_levison@fileshare | Lulu Santos - Tudo Bem (Acustico).mp3 | Lulu Santos | 2,394KB | Audio |
| deb_levison@fileshare | Marisa Cruz - Whole Gai mp3 | Marisa Cruz | 2,521KB | Audio |

Found 127 files    2,319,569 users online, sharing 1,207,544,322 files (49,360,896 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| deb_levison@fileshare | Lulu Santos - Tudo Bem (Acustico).mp3 | Lulu Santos | 2,394KB | Audio |
| deb_levison@fileshare | Marvin Gay - Whats Goi.mp3 | Marvin Gaye | 3,631KB | Audio |
| deb_levison@fileshare | Marvin Gay- Aint No Moutain High Enough.mp3 | Marvin Gaye | 1,424KB | Audio |
| deb_levison@fileshare | Belle Perez - Hello World.mp3 | Belle Perez | 2,994KB | Audio |
| deb_levison@fileshare | Caroline - OutKast.mp3 | OutKast | 5,763KB | Audio |
| deb_levison@fileshare | Bush - Swallow.mp3 | Bush | 4,039KB | Audio |
| deb_levison@fileshare | 09 - maps.mp3 | Yeah Yeah Yeahs | 2,585KB | Audio |
| deb_levison@fileshare | Kelly Clarkson - Breakeaway.mp3 | Kelly Clarkson | 1,883KB | Audio |
| deb_levison@fileshare | OutKast - Hey Ya.mp3 | OutKast | 3,678KB | Audio |
| deb_levison@fileshare | Capital Inicial - Natasha.mp3 | Capital Inicial | 3,024KB | Audio |
| deb_levison@fileshare | jet are you gonna be my girl get born.mp3 | jet | 5,235KB | Audio |
| deb_levison@fileshare | Dido - Here with me (1).mp3 | Dido | 5,136KB | Audio |
| deb_levison@fileshare | Wallflowers - 6th Avenue Heartache.mp3 | Wallflowers | 4,606KB | Audio |
| deb_levison@fileshare | ugly.mp3 | Jon Bon Jovi | 3,179KB | Audio |
| deb_levison@fileshare | Queen Of New Orleans.MP3 | Jon Bon Jovi | 4,218KB | Audio |
| deb_levison@fileshare | Simple Plain- Id Do Anything.MP3 | Simple Plan | 1,341KB | Audio |
| deb_levison@fileshare | Destination Anywhere.MP3 | Jon Bon Jovi | 4,611KB | Audio |
| deb_levison@fileshare | Tom Cochrane - Life is a Highway.mp3 | Tom Cochrane | 3,543KB | Audio |
| deb_levison@fileshare | Raul Seixas - Metamorfose Ambulante.mp3 | Raul Seixas | 3,611KB | Audio |
| deb_levison@fileshare | The Verve - This Time.mp3 | The Verve | 3,610KB | Audio |
| deb_levison@fileshare | Bush - The Chemicals Between Us.mp3 | Bush | 3,389KB | Audio |
| deb_levison@fileshare | Enrique Iglesias 01 - Escape.mp3 | Enrique Inglesias | 2,037KB | Audio |
| deb_levison@fileshare | Jessica Simpson - I Wanna Love You Forever.mp3 | Jessica Simpson | 4,074KB | Audio |
| deb_levison@fileshare | Macy Gray - Sweet Baby.mp3 | Macy Gray | 3,554KB | Audio |
| deb_levison@fileshare | Jewel - Foolish Games.mp3 | Jewel | 3,751KB | Audio |
| deb_levison@fileshare | Three Doors Down - Here Without You.MP3 | 3 Doors Down | 1,609KB | Audio |
| deb_levison@fileshare | macy gray - The ID - 03 - Sexual Revolution.mp3 | Macy Gray | 4,464KB | Audio |
| deb_levison@fileshare | U2 - Where The Streets Have No Name.mp3 | U2 | 5,295KB | Audio |
| deb_levison@fileshare | Sheryl Crow - Soak Up Sun (Complete).mp3 | Sheryl Crow | 2,991KB | Audio |
| deb_levison@fileshare | Match Box 20 - 04 - Lash Beautiful Girl.mp3 | Matchbox Twenty | 2,962KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| deb_levison@fileshare | Sheryl Crow - Soak Up Sun (Complete).mp3 | Sheryl Crow | 2,991KB | Audio |
| deb_levison@fileshare | Match Box 20 - 04 - Last Beautiful Girl.mp3 | Matchbox Twenty | 2,862KB | Audio |
| deb_levison@fileshare | O Rappa - Reza Vela.mp3 | Dio | 3,913KB | Audio |
| deb_levison@fileshare | o rappa - Instinto Coletivo.mp3 | O Rappa | 4,779KB | Audio |
| deb_levison@fileshare | Dido - Here with me (acoustic).mp3 | Dido | 3,616KB | Audio |
| deb_levison@fileshare | Counting Crows - Colorblind.mp3 | Counting Crows | 3,201KB | Audio |
| deb_levison@fileshare | Macy Gray - I Try.mp3 | Macy Gray | 3,744KB | Audio |
| deb_levison@fileshare | Des'ree I'm Kissing You 6.mp3 | Des'ree | 4,633KB | Audio |
| 2 Users | Total - Kissing You (1).mp3 | Des'ree | 4,642KB | Audio |
| deb_levison@fileshare | Bjork - Human Behavior.mp3 | Björk | 3,954KB | Audio |
| deb_levison@fileshare | Van Morrison - Into the Mystic.mp3 | Van Morrison | 3,288KB | Audio |
| deb_levison@fileshare | Wallflowers - Heroes.mp3 | Wallflowers | 3,684KB | Audio |
| deb_levison@fileshare | Paralamas do Sucesso - Meu Erro.mp3 | Paralamas do Sucesso | 3,256KB | Audio |
| deb_levison@fileshare | Bush - Come Down.mp3 | Bush | 5,095KB | Audio |
| deb_levison@fileshare | Bush - Glycerine.mp3 | Bush | 4,057KB | Audio |
| deb_levison@fileshare | Bush - Machinehead.mp3 | Bush | 4,004KB | Audio |
| deb_levison@fileshare | Counting Crows - Mr. Jones.mp3 | Counting Crows | 4,202KB | Audio |
| deb_levison@fileshare | David Bowie_Queen - Under Pressure.mp3 | David Bowie_Queen | 3,778KB | Audio |
| deb_levison@fileshare | Queen - I Want To Break Free.mp3 | Queen | 4,111KB | Audio |
| deb_levison@fileshare | Dave Matthews Band - Crash Into Me.mp3 | Dave Matthews Band | 4,942KB | Audio |
| deb_levison@fileshare | Blow Soundtrack - Black Betty.mp3 | Blow Soundtrack | 3,086KB | Audio |
| deb_levison@fileshare | Lit - Miserable.mp3 | Lit | 4,004KB | Audio |
| deb_levison@fileshare | I Wanna Love You Forever.wma | Jessica Simpson | 2,101KB | Audio |
| deb_levison@fileshare | Coldplay - The Scientist.mp3 | Coldplay | 4,831KB | Audio |
| deb_levison@fileshare | Michelle Branch - Everywhere.mp3 | Michelle Branch | 3,438KB | Audio |
| deb_levison@fileshare | Natalie Imbruglia - Torn.mp3 | Natalie Imbruglia | 3,864KB | Audio |
| deb_levison@fileshare | Wallflowers - One Headlight.mp3 | Wallflowers | 4,885KB | Audio |
| deb_levison@fileshare | Tupac - Changes.mp3 | 2pac | 4,206KB | Audio |
| deb_levison@fileshare | 2pac - Changes.mp3 | 2 Pac | 2,099KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| deb_levison@fileshare | 2pac - Changes.mp3 | 2 Pac | 2,099KB | Audio |
| deb_levison@fileshare | Natalie Imbruglia - Beauty On The Fire.mp3 | Natalie Imbruglia | 4,082KB | Audio |
| deb_levison@fileshare | 7 - Pete Yorn - Long Way Down.mp3 | Pete Yorn | 3,430KB | Audio |
| deb_levison@fileshare | Day I Forgot 7 Pete Yorn Long Way Down.mp3 | Pete Yorn | 5,142KB | Audio |
| deb_levison@fileshare | 7 - Long Way Down.mp3 | Pete Yorn | 4,472KB | Audio |
| deb_levison@fileshare | Olhos Vermelhos.WMA | Capital Inicial | 3,367KB | Audio |
| deb_levison@fileshare | Paralamas - Que País é esse (acústico).mp3 | Paralamas do Sucesso | 3,395KB | Audio |
| deb_levison@fileshare | Lulu Santos - Um Certo Alguém.mp3 | Lulu Santos | 3,316KB | Audio |
| deb_levison@fileshare | Long Way Down - Pete Yorn.mp3 | Pete Yorn | 5,681KB | Audio |
| deb_levison@fileshare | Live From New Jersey Pete Yorn 7 Long Way Down.mp3 | Pete Yorn | 4,590KB | Audio |
| deb_levison@fileshare | Pete Yorn - Long Way Down - 7.mp3 | Pete Yorn | 2,931KB | Audio |
| deb_levison@fileshare | Sister Hazel - Your Winter.mp3 | Sister Hazel | 4,364KB | Audio |
| deb_levison@fileshare | Barão Vermelho - Por Você.mp3 | Barao Vermelho | 3,318KB | Audio |
| deb_levison@fileshare | Dido - Here With Me.mp3 | Dido | 3,944KB | Audio |
| deb_levison@fileshare | Dave Mathews Band - Everyday - 03 - The Space Between... | Dave Matthews Band | 3,802KB | Audio |
| deb_levison@fileshare | Dave Mathews Band - Crush.mp3 | Dave Matthews Band | 3,894KB | Audio |
| deb_levison@fileshare | Smashing Pumpkins - Ava Adore.mp3 | Smashing Pumpkins | 4,046KB | Audio |
| deb_levison@fileshare | Blink 182 - Adams Song.mp3 | Blink 182 | 3,414KB | Audio |
| deb_levison@fileshare | Smashing Pumpkins - Tonight, Tonight.mp3 | Smashing Pumpkins | 3,984KB | Audio |
| deb_levison@fileshare | Dave Mathews Band - Satelite.mp3 | Dave Mathews | 4,553KB | Audio |
| deb_levison@fileshare | Goo Goo Dolls - Here Is Gone.mp3 | Goo Goo Dolls | 3,742KB | Audio |
| deb_levison@fileshare | Goo Goo Dolls - Black Balloon.mp3 | Goo Goo Dolls | 3,894KB | Audio |
| deb_levison@fileshare | BARRY WHITE - CAN´T GET ENOUGH.MP3 | Barry White | 3,668KB | Audio |
| deb_levison@fileshare | cazuza - Malandragem.mp3 | Cassia Eller | 3,902KB | Audio |
| deb_levison@fileshare | Frejat - O poeta está vivo.mp3 | barão vermelho | 4,152KB | Audio |
| deb_levison@fileshare | Wallflowers - Sleepwalker.mp3 | Wallflowers | 3,300KB | Audio |
| deb_levison@fileshare | Al Green - Lets Stay Together (1).mp3 | Al Green | 4,546KB | Audio |
| deb_levison@fileshare | Green Day-Time of your life.mp3 | GreenDay | 1,810KB | Audio |
| deb_levison@fileshare | Greenday - Basketcase.mp3 | Green Day | 2,859KB | Audio |
| deb_levison@fileshare | Cabo I Will Survive mp3 | Cabo | 4 065KB | Audio |

Que País

Can't G

**Kazaa - [Search]**

File    View    Player    Tools    Actions    Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| deb_levison@fileshare | Pete Yorn - Long Way Down - 7.mp3 | Pete Yorn | 2,931KB | Audio |
| deb_levison@fileshare | Sister Hazel - Your Winter.mp3 | Sister Hazel | 4,364KB | Audio |
| deb_levison@fileshare | Barão Vermelho - Por Você.mp3 | Barao Vermelho | 3,318KB | Audio |
| deb_levison@fileshare | Dido - Here With Me.mp3 | Dido | 3,944KB | Audio |
| deb_levison@fileshare | Dave Mathews Band - Everyday - 03 - The Space Between... | Dave Matthews Band | 3,802KB | Audio |
| deb_levison@fileshare | Dave Mathews Band - Crush.mp3 | Dave Matthews Band | 3,894KB | Audio |
| deb_levison@fileshare | Smashing Pumpkins - Ava Adore.mp3 | Smashing Pumpkins | 4,046KB | Audio |
| deb_levison@fileshare | Blink 182 - Adams Song.mp3 | Blink 182 | 3,414KB | Audio |
| deb_levison@fileshare | Smashing Pumpkins - Tonight, Tonight.mp3 | Smashing Pumpkins | 3,994KB | Audio |
| deb_levison@fileshare | Dave Mathews Band - Satelite.mp3 | Dave Mathews | 4,553KB | Audio |
| deb_levison@fileshare | Goo Goo Dolls - Here Is Gone.mp3 | Goo Goo Dolls | 3,742KB | Audio |
| deb_levison@fileshare | Goo Goo Dolls - Black Balloon.mp3 | Goo Goo Dolls | 3,894KB | Audio |
| deb_levison@fileshare | BARRY WHITE - CAN´T GET ENOUGH.MP3 | Barry White | 3,668KB | Audio |
| deb_levison@fileshare | cazuza - Malandragem.mp3 | Cassia Eller | 3,902KB | Audio |
| deb_levison@fileshare | Frejat - O poeta está vivo.mp3 | barão vermelho | 4,152KB | Audio |
| deb_levison@fileshare | Wallflowers - Sleepwalker.mp3 | Wallflowers | 3,300KB | Audio |
| deb_levison@fileshare | Al Green - Lets Stay Together (1).mp3 | Al Green | 4,546KB | Audio |
| deb_levison@fileshare | Green Day-Time of your life.mp3 | GreenDay | 1,810KB | Audio |
| deb_levison@fileshare | Greenday - Basketcase.mp3 | Green Day | 2,859KB | Audio |
| deb_levison@fileshare | Cake - I Will Survive.mp3 | Cake | 4,855KB | Audio |
| deb_levison@fileshare | Jewel - Have A Little Faith In Me.mp3 | Jewel | 4,139KB | Audio |
| deb_levison@fileshare | The Wallflowers - Josephine.mp3 | The Wallflowers | 4,827KB | Audio |
| deb_levison@fileshare | Vanessa Carlton - A Thousand Miles.mp3 | Vanessa Carlton | 3,712KB | Audio |
| deb_levison@fileshare | Leo Sayer - You Make Me Feel Like Dancing.mp3 | Leo Sayer | 2,657KB | Audio |
| deb_levison@fileshare | lulu santos .mp3 | Paralamas do Sucesso | 2,362KB | Audio |
| deb_levison@fileshare | Iraí - O Girassol (1).mp3 | Irai | 3,744KB | Audio |
| deb_levison@fileshare | Skank - Dois Rios.mp3 | Skank | 4,432KB | Audio |
| deb_levison@fileshare | Ira - Teorema.mp3 | Irai | 2,540KB | Audio |
| deb_levison@fileshare | Rita Lee - Ovelha Negra.mp3 | Rita Lee | 5,472KB | Audio |

My Participation Level: Low (0), Downloads: 0, Uploads: 0    2,319,569 users online, sharing 1,207,544,322 files (49,360,896 GB)    Not sharing any files