AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts |
|---|---|
| DOCKET NO.           DATE FILED | John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 — 05-10569-NG |

| PLAINTIFF | DEFENDANT |
|---|---|
| INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORP.; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; and UMG RECORDINGS, INC. | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## Exhibit A

## Doe #1 (192.138.214.104 2004-12-11 21:07:46 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Chris Isaak | Wicked Game | Heart Shaped World | 107-765 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| Interscope Records | Wallflowers | Sleepwalker | Breach | 214-646 |
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |
| Virgin Records America, Inc. | Smashing Pumpkins | Ava Adore | Adore | 261-479 |
| Sony BMG Music Entertainment | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |

